**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 11, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00558-CV

---

**MIKE HALL CHEVROLET, INC. D/B/A AUTONATION CHEVROLET HIGHWAY 6 F/K/A CHAMPION CHEVROLET HIGHWAY 6, AUTONATION, INC., AUTONATION ENTERPRISES, INCORPORATED, A DEALERSHIP HOLDING COMPANY, AND AUTO HOLDING LLC F/K/A AUTO HOLDING CORPORATION, Appellants**

**V.**

**ALEXANDRA DEIKE, F/K/A ALEJANDRA VALDEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROSA ELVIA GUERRERO, DECEASED, ARIANA DOMINGUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUBEN DOMINGUEZ, DECEASED, GREGORIO ARMANDO DOMINGUEZ, EILEEN MEJIA, ANDREA ZERTUCHE, JOSE GUERRERO, EDUWIGES GUERRERO, DONALD CLARK, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF LINDA ANN HARTON CLARK, DECEASED, JENNIFER CLARK AND JOANNA CLARK, Appellees**

### MEMORANDUM  OPINION

This is an appeal from an order signed July 12, 2017. On December 18, 2018, the en banc court abated this appeal to allow the parties to execute settlement agreements and deliver settlement funds. On April 4, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The appeal is reinstated and the motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

En banc Court consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, and Poissant.